# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**LOUIS SCHWARZ, DORIS SCHWARZ,
CHARLES MARTIN, JANICE
HICKEY, CLARENCE RUSSELL,
ROBERT SMART, BERNIE BROWN,
KAREN RUSSELL, BYRON
ZIMMERMAN, ROBERT MCDEVITT,
SHIRLEY ZIMMERMAN and LYNN
STIRLING,**

     **Plaintiffs,**

**v.**                                       **Case No: 5:18-cv-608-Oc-34PRL**

**THE VILLAGES CHARTER SCHOOL,
INC., THE HOLDING COMPANY OF
THE VILLAGES, INC. and RANDY
MCDANIEL,**

     **Defendants.**

_____

## ORDER

Before the Court are two motions, Defendants' motion for extension of specified pretrial deadlines (Doc. 70) and Plaintiffs' motion to extend deadline for expert disclosures. (Doc. 71). Defendants' motion is unopposed except for the requested extension for the expert report (Doc. 70), and Plaintiffs' motion is opposed. (Doc. 71). Upon review, the Court finds that the parties have shown good cause and Plaintiffs have shown good cause and excusable neglect for an extension of time.

Pursuant to the Amended Case Management and Scheduling Order (Doc. 44), the discovery deadline is currently scheduled for January 31, 2020, with Plaintiffs' expert disclosures past due since October 1, 2019 and Defendants' expert disclosures due on November 15, 2019. The mediation deadline is currently scheduled for February 21, 2020 and the dispositive and

Daubert motions deadline is March 2, 2020. Defendants request a 90-day extension for Defendants' expert disclosures deadline, the mediation deadline, and the dispositive and Daubert motions deadline. (Doc. 70). Plaintiffs request an extension of Plaintiffs' expert disclosure deadline from October 1, 2019 to January 10, 2020. (Doc. 71).

Accordingly, the motions (Docs. 70, 71) are **GRANTED** and the Case Management and Scheduling deadlines are amended as follows:

1) Plaintiffs' expert disclosures are due on or before **January 10, 2020.**

2) Defendants' expert disclosures are due on or before **February 18, 2020.**

3) The discovery deadline is extended to **April 29, 2020.**

4) The mediation deadline is extended to **May 21, 2020.**

5) The dispositive and Daubert motions deadline is extended to **June 1, 2020.**

6) All other deadlines not addressed in this order remain fully in effect.

**DONE** and **ORDERED** in Ocala, Florida on November 19, 2019.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties